IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 22-cr-30127-SMY |
| | ) |
| KENNETH D. SCHWAGER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, District Judge:**

Defendant Kenneth D. Schwager pleaded guilty to distribution of methamphetamine and was sentenced to 10 months' imprisonment and 3 years supervised release (Docs. 36, 48). Now pending before the Court is Schwager's *pro se* Motion for Early Termination of Supervised Release (Doc. 56). T\he United States and Probation have no objection (Doc. 60).

The Court, having been fully advised in the premises, hereby **GRANTS** the Motion. Accordingly, Defendant Kenneth D. Schwager's term of supervised release shall be **TERMINATED** effective June 17, 2025.

IT IS SO ORDERED.

DATED: June 17, 2025

**STACI M. YANDLE**
**United States District Judge**